[No. 4951.   Decided March 25, 1904.]

GEORGE TAYLOR, JR., *Respondent*, v. CHANDLER HUNTINGTON *et al.*, *Appellants*.[1]

Appeal from an order of the superior court for King county, Tallman, J.   Affirmed.

*John K. Brown* and *J. A. Kellogg*, for appellants.

*Reed & Rutherford*, for respondent.

PER CURIAM.—For the reasons assigned in *Taylor v. Huntington*, No. 4950 (*ante*, p. 455, 75 Pac. 704), just decided, the judgment in this case is affirmed.

---

[No. 4989.   Decided January 16, 1904.]

SARAH BROCKWAY, *Respondent*, v. T. O. ABBOTT *et al. Appellants*.[2]

Appeal from a judgment of the superior court for Pierce county, Snell, J., entered August 15, 1903.   Dismissed.

*Stiles & Doolittle* and *Jesse Thomas*, for appellants.

*John H. McDaniels*, for respondent.

PER CURIAM.—Respondent moves to dismiss the appeal in this cause for the reason that no notice of appeal has been served upon the sureties who executed the bond for security for costs, demanded of, and furnished and filed by, the plaintiff in the court below.   This case can not be distinguished from *Pierce v. Commercial Investment Co.*, 30 Wash. 272, 72 Pac. 473, where it was held that the appeal would be dismissed where the sureties on the cost bond had not received notice of the appeal.

The motion will therefore be sustained, and the appeal dismissed.[3]

[1]Reported in 75 Pac. 1135.

[2]Reported in 74 Pac. 1068.

[3]NOTE.   This case is overruled in *O'Connor v. Lighthizer*, *ante*, p. 152.   Petition for rehearing has been granted.—REP.